Filed:  June 5, 2002

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

———————————

No. 02-6333
(CR-95-370, CA-02-152)

———————————

United States of America,

                                    Plaintiff - Appellee,

          versus

Warren Thomas, Sr.,

                                    Defendant - Appellant.

———————————

O R D E R

———————————

The court amends its opinion filed May 9, 2002, as follows:

On the cover sheet, section 5 -- the panel information is corrected to read "Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges."

                              For the Court - By Direction


                              /s/ Patricia S. Connor
                                    Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6333**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WARREN THOMAS, SR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District Judge.  (CR-95-370, CA-02-152)

_____

Submitted:  April 26, 2002          Decided:  May 9, 2002

_____

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Warren Thomas, Sr., Appellant Pro Se. Elizabeth Jean Howard, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Warren Thomas, Sr., seeks to appeal the district court's order denying his motion nominally filed under Fed. R. Civ. P. 60, which the district court construed as filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Thomas, Nos. CR-95-370; CA-02-152 (D.S.C. Jan. 16, 2002). We also note that the Thomas' § 2255 motion is successive and, thus, is unaffected by this Court's recent decision in Hill v. Braxton, 277 F.3d 701 (4th Cir. 2002).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* A panel of this court recently heard argument in United States v. Emmanuel, No. 00-7578, on the issue of whether a district court must notify a pro se litigant that it intends to construe a filing that is not so labeled as a § 2255 motion and afford the movant the opportunity to withdraw the motion in order to avoid the restrictions on second or successive motions under § 2255. This case will not be controlled by the decision in Emmanuel, however, because Thomas has previously filed a first § 2255 motion and, therefore was not prejudiced by the district court's failure to provide him notice and an opportunity to withdraw prior to construing his motion as one filed under § 2255. Thomas' recourse is a motion in this court under 28 U.S.C.A. § 2244 (West 1999 & Supp. 2001), for authorization to file a successive § 2255 motion.